1    ANDREW L. PACKARD (State Bar No. 168690)
     ERIK ROPER (State Bar No. 259756)
2    EMILY J. BRAND (State Bar No. 267564)
     Law Offices of Andrew L. Packard
3    100 Petaluma Blvd. N Ste 301
     Petaluma, CA 94952
4    Tel: (707) 763-7227
     Fax: (415) 763-9227
5    E-mail: andrew@packardlawoffices.com

6    Attorneys for Plaintiff CALIFORNIA
     SPORTFISHING PROTECTION ALLIANCE
7

8                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10

11   CALIFORNIA SPORTFISHING                Case No. 2:12-CV-01794-MCE-CKD
     PROTECTION ALLIANCE, a non profit
12   corporation,
                                            **STIPULATION TO DISMISS**
13              Plaintiff,                  **PLAINTIFF'S CLAIMS WITH**
                                            **PREJUDICE; ORDER GRANTING**
14         vs.                              **DISMISSAL WITH PREJUDICE [FRCP**
                                            **41(a)(2)]**
15   COUNTY OF YOLO, JOHN BENCOMO, an
     individual, and, LINDA SINDERSON, an
16   individual,

17

18              Defendants.

19

     TO THE COURT:
20
           Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and
21
     Defendants County of Yolo, John Bencomo, and Linda Sinderson (collectively,
22
     "DEFENDANTS"), Parties in the above-referenced matter, stipulate as follows:
23
           **WHEREAS**, on or about May 8, 2012, CSPA provided DEFENDANTS with a Notice of
24
     Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal
25
     Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;
26
           **WHEREAS**, on July 7, 2012, CSPA filed its Complaint against DEFENDANTS in this
27
     Court, *California Sportfishing Protection Alliance v. Yolo County, et al.* (USDC, E.D. Cal., Case
28
     No. 2:12-CV-01794-MCE-CKD) and said Complaint incorporated by reference all of the

1    allegations contained in CSPA's 60-Day Notice Letter;

2          **WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and

3    without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged

4    violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations

5    of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs

6    and uncertainties of further litigation.  A copy of the Parties' proposed settlement agreement

7    ("Settlement Agreement") entered into by and between CSPA and DEFENDANTS is attached

8    hereto as Exhibit A and incorporated by reference.

9          **WHEREAS**, CSPA submitted the Settlement Agreement via certified mail, return receipt

10   requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day

11   review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the

12   agencies.

13         **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

14   the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be

15   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties

16   respectfully request an order from this Court dismissing such claims with prejudice.  In

17   accordance with Paragraph 16 of the Consent Agreement, the Parties also request that this Court

18   retain and have jurisdiction over the Parties through January 21, 2016, for the sole purpose of

19   resolving any disputes between the parties with respect to enforcement of any provision of the

20   Settlement Agreement.

21

22

23

24

25

26

27

28

927112.1

1   Dated:  December 4, 2012                    LAW OFFICES OF ANDREW L. PACKARD

2

3                                                By: __/s/__ Emily J. Brand_____

4                                                Emily J. Brand
                                                 Attorneys for Plaintiff
5                                                CALIFORNIA SPORTFISHING PROTECTION
                                                 ALLIANCE
6

7   Dated:  January 17, 2013                    COUNTY OF YOLO

8
                                                 By: ____/s/ Philip Pogledich_____
9
                                                 Philip Pogledich
10                                               Attorneys for Defendants
                                                 COUNTY OF YOLO, *et al.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
927112.1

1

**ORDER**

2

3
   Good cause appearing, and the Parties having stipulated and agreed,

4
   IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

5
claims against Defendants County of Yolo, John Bencomo, and Linda Sinderson as set forth in

6
CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:12-CV-01794-MCE-CKD, are

7
hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as

provided for by the terms of the accompanying Settlement Agreement.

8
   IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the

9
Parties with respect to disputes arising under the Consent Agreement attached to the Parties'

10
Stipulation to Dismiss as Exhibit A.

11
   IT IS SO ORDERED.

12

13

Dated:   February 1, 2013

14

15

16

17
   _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE

18
   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28