ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>COUNTY OF YOLO, JOHN BENCOMO, an individual, and, LINDA SINDERSON, an individual,<br><br>　　　　　Defendants. | Case No. 2:12-CV-01794-MCE-CKD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

　　　Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and Defendants County of Yolo, John Bencomo, and Linda Sinderson (collectively, "DEFENDANTS"), Parties in the above-referenced matter, stipulate as follows:

　　　**WHEREAS**, on or about May 8, 2012, CSPA provided DEFENDANTS with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

　　　**WHEREAS**, on July 7, 2012, CSPA filed its Complaint against DEFENDANTS in this Court, *California Sportfishing Protection Alliance v. Yolo County, et al.* (USDC, E.D. Cal., Case No. 2:12-CV-01794-MCE-CKD) and said Complaint incorporated by reference all of the

allegations contained in CSPA's 60-Day Notice Letter;

**WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Parties' proposed settlement agreement ("Settlement Agreement") entered into by and between CSPA and DEFENDANTS is attached hereto as Exhibit A and incorporated by reference.

**WHEREAS**, CSPA submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Paragraph 16 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through January 21, 2016, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

| | | |
|---|---|---|
| Dated:  December 4, 2012 | | LAW OFFICES OF ANDREW L. PACKARD |

By:  /s/    Emily J. Brand
Emily J. Brand
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated:  January 17, 2013        COUNTY OF YOLO

By:     /s/ Philip Pogledich
Philip Pogledich
Attorneys for Defendants
COUNTY OF YOLO, *et al.*

3
927112.1

# ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants County of Yolo, John Bencomo, and Linda Sinderson as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:12-CV-01794-MCE-CKD, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

Dated:   February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE